IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR38 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH W. LITTLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's Notice of Substitution of Counsel, filing 34, construed as a motion, is granted and Frederick D. Franklin shall be substituted for Robert F. Kokrda as counsel for plaintiff.

Dated June 19, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge