IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR38 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer, and with the agreement of counsel,

IT IS ORDERED that Defendant Little's revocation hearing is continued to Tuesday, August 29, 2006, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 27, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge